for the       **District of**       New Jersey

United States of America

v.

**ORDER SETTING CONDITIONS
OF RELEASE**

_Madeline Wright_
Defendant

Case Number: _10-320 SRC_

IT IS ORDERED on this _10th_ day of _May_, ~~2005~~ _2010_, ORDERED that the release of the defendant is subject to the following conditions:

Bail be fixed at $ _100,000.00_ and the defendant be released upon:

( ✓ ) Executing a(n) secured/unsecured appearance bond ( ) with co-signor;
( ) Executing an appearance bond and depositing in cash in the registry of the Court _____% of the bail fixed.
( ) Executing an appearance bond with approved sureties , or the deposit of cash in the full amount of the bail in lieu thereof;
( ) Execute an agreement to post designated property. Local rule (re: value of property) waived/not waived by the Court.

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

( ✓ ) The defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant be release in the custody of _____
                                                        (Name of person)
(Address) _____
(City and state) _____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.
                                          Signed: _____

( ✓ ) The defendant's travel is restricted to ( ✓ ) New Jersey ( ✓ ) New York ( ✓ ) Other _Connecticut_ .
( ✓ ) Surrender passport and/or other travel documents to PTS and obtain no new one.
( ) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
( ✓ ) Additional conditions: ( ✓ ) Report to PTS as directed.
                             ( ) Electronic Monitoring by PTS, with release for court appearance, attorney visits, medical emergencies, with prior approval of PTS (cost to be incurred by the defendant).
                             ( ) Drug and/or alcohol testing/treatment as deemed appropriate by PTS.
                             ( ) Surrender of firearms or other dangerous weapons
                             ( ✓ ) Mental health treatment as deemed appropriate by PTS.
( ✓ ) _PTS follow up with employer notification_
( ) _that defendant is potential third party risk and_
    _that the employer needs to benotified of conduct_
    _& offense._

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

**Directions to United States Marshal**

( ✓ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release

Date: _5/10/2010_

_____
Signature of Judicial Officer

_____
Stanley R. Chesler, U. S. D. J.
Name and Title of Judicial Officer

(Rev. 9/04)

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or not more than $250,000 or imprisoned for not more than 10 years, or both;

(2  an offense punishable by imprisonment for a term of five years or more, but less than fifteen more than $250,000 or imprisoned for not more than five years, or both;

(3  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two

(4  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year,

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence addition, a failure to appear or surrender may result in the forfeiture of any bond posted.