UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Crim. Action No. 10-320 (1) (SRC) |
| MADELINE WRIGHT, | ORDER |
| Defendants. | |

**CHESLER, U.S.D.J.**

This matter comes before the Court on the motion to amend the Judgment by Defendant Madeline Wright. Defendant contends that she is unable to pay the amount of restitution Ordered in the Judgment entered on October 22, 2010. Having reviewed Defendant's request, and the opposition submitted by the United States of America, this Court find no basis to amend the Judgment. Defendant's motion to amend the Judgment is **DENIED**.

SO ORDERED.

        s/ Stanley R. Chesler
Stanley R. Chesler,
United States District Judge

Dated: November 24, 2010