UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-4192
_____

UNITED STATES OF AMERICA

v.

MADELINE WRIGHT,
              Appellant
_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. Criminal Action No. 2-10-cr-00320-001)
District Judge: Honorable Stanley R. Chesler
_____

Submitted Under Third Circuit LAR 34.1(a)
November 18, 2011
_____

Before: RENDELL, AMBRO, and NYGAARD, Circuit Judges

## JUDGMENT

    This cause came to be heard on the record before the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on November 18, 2011.

    On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated October 22, 2010, is hereby affirmed. Counsel's motion to withdraw is granted. All of the above in accordance with the opinion of this Court.

                                                ATTEST:

                                                <u>/s/ Marcia M. Waldron,</u>
                                                Clerk

Dated: November 22, 2011